In the Matter of OTTAVIO NATALICCHIO, Respondent, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, Appellant, and SALVATORE LOSI, Intervener, Appellant.—

Substantial evidence having been adduced before the State Rent Administrator to warrant his determination, the Special Term was without authority to substitute its judgment for that of the State Rent Administrator. (*Matter of Kaplan* v. *McGoldrick*, 279 App. Div. 615.) In view of the foregoing, the motion to dismiss the appeal of the intervener, renewed on argument, is dismissed as academic. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur. [See *post*, p. 869.]

In the Matter of ANGELO SCALA, Respondent, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, Appellant, and FRIEDA BUXBAUM, Respondent.—

The order having been made in accordance with law and having a reasonable basis, the court may not substitute its judgment for that of the State Rent Administrator. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

In the Matter of ANTONETTA TARTAMELLO, Respondent, against SALVATORE TARTAMELLO, Appellant.—

No opinion. Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ., concur.